# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-2790
_____

CHARON TERRANCE MOSS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.


November 15, 2023


PER CURIAM.

DENIED.

ROWE, RAY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Stacy A. Scott, Public Defender, and Rachael O'Brien, Assistant Public Defender, Gainesville, for Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.